UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANDI PATRICIA FOX,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-02662-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 18), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $7,000.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: March 19, 2025

　　　　　　　　　　　　　　　　　　／s／ John D. Early
　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge